IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| | * | |
| vs. | * | No. 4:09CR00306 SWW |
| | * | |
| JOSE FRANCISCO VILLA-MADRIGAL | * | |

**Order**

The Court has received proposed findings and recommendations from United States Magistrate Judge H. David Young. There have been no timely objections. After a review of those findings and recommendations, the Court adopts them in their entirety. Accordingly,

IT IS THEREFORE ORDERED that defendant's motion to suppress [docket entry 20] is DENIED.

DATED this 22nd day of March, 2011.

/s/Susan Webber Wright

UNITED STATES DISTRICT JUDGE